■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD WHITE, Appellant. [624 NYS2d 903] —Appeal by the defendant from a judgment of the County Court, Nassau County (Baker, J.), rendered October 28, 1993, convicting him of robbery in the first degree (two counts), upon his plea of guilty, and imposing sentence.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL WHITE, Appellant. [623 NYS2d 618] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Hall, J.), rendered January 14, 1993, convicting him of criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's sole contention on appeal is that the trial court committed reversible error by granting the People's challenge for cause of a prospective juror who had expressed a disinclination to render a guilty verdict in the absence of testimony from multiple eyewitnesses. We find, however, that this prospective juror was properly dismissed (see, CPL 270.20 [1] [b]; *People v Torpey*, 63 NY2d 361, 367; *People v Torres*, 164 AD2d 923, 923-924). Rosenblatt, J. P., Lawrence, Hart and Goldstein, JJ., concur.